**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re C.C.S.,* Slip Opinion No. 2016-Ohio-7472.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-7472

IN RE C.C.S.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re C.C.S.,* Slip Opinion No. 2016-Ohio-7472.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2016-0395—Submitted August 31, 2016—Decided October 27, 2016.)

APPEAL from the Court of Appeals for Franklin County,

No. 15AP-884, 2016-Ohio-388.

_____

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

PFEIFER, KENNEDY, and FRENCH, JJ., dissent.

_____

Steven E. Hillman, for appellant, C.L.S.

A. Patrick Hamilton; and Tucker Ellis, L.L.P., and Jon W. Oebker, for appellee, Adoption by Gentle Care.

Erik L. Smith, urging reversal, for amici curiae Ohio Birthparent Group and Kate Livingston, Ph.D.

Julia Cain; and Ginn Law Office, L.L.C., and Barbara Thornell Ginn, urging affirmance, for amicus curiae American Academy of Adoption Attorneys.

_____